JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALICE BROOKS,

Plaintiff,

vs.

4 UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF PRISONS, WARDEN BANKS, HEAD COUNSELOR MR. LAFARVE, COUNSELOR CORBETT, COUNSELOR NEIL PARKER, COUNSELOR MS. PUROLA, MR. RAY,

Defendants.

Case No.: CV 08-6207 DSF (AJWx)

JUDGMENT

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed and Plaintiff having failed to amend her complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/27/11

Dale S. Fischer

Dale S. Fischer
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28